# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

161348 & (49)(50)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KENNETH THOMAS McCLELLAN,
    Defendant-Appellant.

SC: 161348
COA: 346885
Chippewa CC: 18-003454-FH

_____/

    On order of the Court, the motion to withdraw the application for leave to appeal is GRANTED, and the application for leave to appeal is DISMISSED with prejudice and without costs.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



Clerk

t0323